UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NICHOLAS J. BARSON

CASE NUMBER
2:19−cv−14339−JEM

PLAINTIFF(S)

v.

CREDIT COLLECTION SERVICES, INC., et al.,

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

DEFENDANT(S).

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Quest Diagnostic, Inc**

as of course, on the date October 10, 2019.

**Angela E. Noble**
CLERK OF COURT

By  /s/ *Collette Quinones*
Deputy Clerk

cc:  Judge Jose E. Martinez
     Nicholas J. Barson

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV−37 (10/01)