UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

NICHOLAS J. BARSON,

    Plaintiff,

v.                                                        Case No. 2:19-cv-14339-JEM

CREDIT COLLECTION SERVICES, INC. and
QUEST DIAGNOSTICS, INC.,

    Defendants.

_____/

**NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE NICHOLAS J. BARSON ("Plaintiff") hereby notifies the Court that the Plaintiff and Defendants have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties anticipate this process to take no more than 60 days and request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement. The Parties propose to file a stipulated dismissal with prejudice within 60 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

Dated: October 11, 2019                                     / s/ Alexander J. Taylor
                                                                       Alexander J. Taylor, Esq.
                                                                       Florida Bar No. 1013947
                                                                       Sulaiman Law Group, Ltd.
                                                                       2500 S. Highland Ave, Suite 200
                                                                       Lombard, IL 60148
                                                                       Telephone: (630) 575-8181
                                                                       Facsimile: (630) 575-8188
                                                                       ataylor@sulaimanlaw.com
                                                                       *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

/ s/ Alexander J. Taylor
Alexander J. Taylor, Esq.